IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-499-FDW-DCK

| | |
|---|---|
| RAINE GORDON, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Local Counsel Kelly Eisenlohr on June 12, 2024.

Applicant Ashley S. Nunneker seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Ashley S. Nunneker is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: June 12, 2024

David C. Keesler
United States Magistrate Judge